**CONSUMER LITIGATION LAW CENTER, APC**
September J. Katje, Esq., State Bar No. 227896
sk@consumerlitigationlawcenter.com
Sholi Goodman, Esq., State Bar No. 287465
sg@consumerlitigationlawcenter.com
100 North Citrus Street, Suite 408
West Covina, California 91791
(800) 787-5616  Fax: (888) 909-7947

Attorney for Plaintiffs, EDUARDO GARCIA and INGRID D. GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA and INGRID D. GARCIA,<br><br>             Plaintiffs,<br><br>       v.<br><br>BANK OF AMERICA, N.A., Successor by merger to BAC Home Loans Servicing, LLP; RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive<br><br>             Defendants.<br>_____ | Case No.: 2: 13-cv-04254 R (SH)<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Date:    September 3, 2013**<br>**Time:   10:00 a.m.**<br>**Ctrm.:   8** |

/ / /

/ / /

/ / /

Pursuant to Civil L.R. 7-9(b) Plaintiffs EDUARDO GARCIA and INGRID D. GARCIA, hereby state that they do not oppose Defendants BANK OF AMERICA, N.A., Successor by merger to BAC Home Loans Servicing, LLP ("BOFA"), RECONTRUST COMPANY, N.A. ("RECON"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), (collectively "Defendants"), Motion to Dismiss Plaintiffs' first, fourth, fifth, sixth, seventh, and tenth claims in the First Amended Complaint ("FAC"). However, Plaintiffs would like to move forward with the unopposed causes of action in their FAC, namely the second, third, eighth, and ninth causes of action. See Defendants Demurer Page 1, Lines 10-11 and 26-28.

Specifically, Plaintiffs request that the Court set a date for Defendants to answer the following unopposed causes of action: 1) Violation of California Bus. & Prof. Code §§ 17200, et seq. in Loan Servicing; 2) Breach of Contract; 3) Violation of RESPA; 4) Breach of Implied Covenant of Good Faith and Fair Dealing. Under no circumstances do Plaintiffs concede the abovementioned four (4) causes of action, and if the Court so orders, Plaintiff will supplement this Opposition either through oral arguments at the hearing on the Motion to Dismiss, or in a written Opposition.

Dated: August 13, 2013                CONSUMER LITIGATION LAW CENTER, APC


By: _/s/ Sholi Goodman_____
    September J. Katje, Esq.
    Sholi Goodman, Esq.
    Attorney for EDUARDO GARCIA and
    INGRID D. GARCIA

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT