# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV-13-4254-R                                              Date: SEPT. 9, 2013

TITLE: EDUARDO GARCIA et al V. BANK OF AMERICA NA et al
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| Kane Tien | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

  Sholi Goodman, Specially Appearing              J Owen Campbell


PROCEEDINGS: Defendants' motion to dismiss 1st amended complaint (8-1-13)

The Courts notes that no opposition to the motion has been filed.

Defendants submit of the papers as filed.

The Court GRANTS defendants' motion, for reasons stated on the record.  Plaintiffs' first, fourth through sixth, and ninth and tenth claims are dismissed.  Defendants shall file an answer to the first amended complaint pursuant to the Local Rules.

Defendants shall submit a proposed order.

                                                                                                           2 min

MINUTES FORM 90                                             Initials of Deputy Clerk   KTI
CIVIL -- GEN